**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| LINDA ELMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-CV-000617-JAR |
| | ) | |
| MARIES COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the parties' Joint Motion to Stay and Request for Telephonic Conference. ECF No. 112. As discussed at the status conference held on March 14, 2024,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Stay and Request for Telephonic Conference [ECF No. 112] is **GRANTED**, and this case is **STAYED**.

**IT IS FURTHER ORDERED** that the trial setting set forth in the Second Amended Case Management Order [ECF No. 91] is **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report informing the Court of the status of proceedings in this matter no later than **April 8, 2024**.

Dated this 14th day of March 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE